FILED

07/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0334

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0334

DANIEL HENDRICK AND ROBERT HAMES,

Plaintiff and Appellants,

v.

CITY OF VALIER,

Defendant and Appellee.

ORDER

Upon review of the Motion to Dismiss Appeal by Stipulation made M. R. App. P. 16(5), and for good cause appearing therefore;

IT IS HEREBY ORDERED that the above captioned appeal is hereby dismissed with prejudice, each party to bear their own costs.

Dated this _____ day of July, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 20 2022